torney General, for petitioners.

No. 411. AMINO BROTHERS CO., INC. *v.* UNITED STATES. Ct. Cl. Certiorari denied. *John A. Biersmith* for petitioner. *Solicitor General Marshall* for the United States.

No. 423. NIGHTINGALE ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Vincent M. Casey* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 425. MATTIA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Frederick B. Lacey* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 447. INTERNATIONAL LONGSHOREMEN'S & WAREHOUSEMEN'S UNION, LOCAL 12 *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *Norman Leonard* for petitioner. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 453. GRIMES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Charles W. Tessmer* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Philip R. Monahan* for the United States.

No. 110. WORRELL *v.* MATTERS ET AL. Sup. Ct. Pa. Certiorari denied. *William P. Thorn, Marvin Karpatkin* and *Leo Pfeffer* for petitioner. *William C. Sennett,* Attorney General of Pennsylvania, *John P. McCord,*

Deputy Attorney General, and *Edward Friedman* for respondent the Commonwealth of Pennsylvania; *David Berger* for respondent the School District of Philadelphia, and *William B. Ball* for respondents Grubb et al.

No. 129. AMP INC. *v.* GENERAL MOTORS, INC. C. C. P. A. Certiorari denied. *William J. Keating* and *Truman S. Safford* for petitioner. *Warren E. Finken* and *George E. Frost* for respondent.

No. 131. DEAL ET AL. *v.* CINCINNATI BOARD OF EDUCATION ET AL. C. A. 6th Cir. Certiorari denied. *Norris Muldrow* and *Robert L. Carter* for petitioners. *C. R. Beirne* and *William A. McClain* for respondents.

No. 139. SOUTH SHORE PACKING CORP. *v.* CITY OF VERMILION. Sup. Ct. Ohio. Certiorari denied. *John B. Otero* for petitioner. *David C. George* for respondent.

No. 168. CARABBIA *v.* OHIO. Ct. App. Ohio, Mahoning County. Certiorari denied. *Don L. Hanni* for petitioner. *Thomas R. Zebrasky* for respondent.

No. 190. VAIARELLA *v.* JAMES F. SHANAHAN CORP. Super. Ct. Mass., Essex County. Certiorari denied. *Morris D. Katz* for petitioner. *Solomon Sandler* for respondent.

No. 193. WASHINGTON METROPOLITAN AREA TRANSIT COMMISSION *v.* D. C. TRANSIT SYSTEM, INC. C. A. D. C. Cir. Certiorari denied. *Russell W. Cunningham* for petitioner. *Harvey M. Spear* and *Manuel J. Davis* for respondent.

No. 199. NOWELL *v.* NOWELL. Ct. Civ. App. Tex., 5th Sup. Jud. Dist. Certiorari denied. *Edgar W. Bassick III* for petitioner. *Lawrence W. Anderson* for respondent.

No. 243. BLOUNT BROTHERS CONSTRUCTION CO. *v.* J. P. GREATHOUSE STEEL ERECTORS, INC. C. A. D. C.